# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

### No. 201700180

———————————

### UNITED STATES OF AMERICA
Appellee

v.

### HOWELL K. ANDERS III
Sergeant (E-5), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding Officer, Headquarters and Service Battalion, U.S. Marine Corps Forces, Pacific, Camp H.M. Smith Hawaii.
Staff Judge Advocate's Recommendation: Colonel Thomas G. McCann, II, USMC.
For Appellant: Captain James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 30 November 2017

———————————

Before HUTCHISON, FULTON and PETTIT, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court